**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 96-0146 MMC |
| Plaintiff, | **ORDER DIRECTING CLERK TO TRANSFER PETITION TO NINTH CIRCUIT** |
| v. | |
| JON ZAVALIDROGA, | |
| Defendant _____/ | |

The Court is in receipt of defendant's "Petition for a Court Recognition of a Change of Substantive Law," and supporting "Excerpts of Record," both of which are dated August 7, 2008 and were received August 11, 2008. In a letter submitted with the petition, defendant requests that if the district court "will not accept jurisdiction" of the petition, the petition should be transferred to the Ninth Circuit.

In his petition, defendant asserts that certain rulings issued by the Ninth Circuit are incorrect and should be reconsidered. This Court lacks jurisdiction to consider the instant petition, and, accordingly, grants defendant's alternative request to transfer the matter to the Ninth Circuit.

//

//

//

1    Accordingly, the Clerk is hereby directed to forward the petition, and the supporting

2  excerpts, to the Court of Appeals for the Ninth Circuit.[1]

3        **IT IS SO ORDERED.**

4

5  Dated:  August 19, 2008

6                                                                    MAXINE M. CHESNEY
                                                                     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  _____

28      [1]Additionally, the Clerk shall forward to the Ninth Circuit the four courtesy copies
    defendant provided of both his petition and the supporting excerpts.

                                             2