United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-96-0146 MMC |
| Plaintiff, | **ORDER DENYING DEFENDANT'S PETITION FILED NOVEMBER 18, 2009; DENYING MOTION FOR IN FORMA PAUPERIS STATUS** |
| v. | |
| JON ZAVALIDROGA, | |
| Defendant / | |

The Court is in receipt of defendant Jon Zavalidroga's "Petition for an Out-of-Custody Writ of Habeas Corpus in Recognition of an Intervening Change of United States Supreme Court Law," filed November 18, 2009, by which defendant asserts he is entitled to issuance of a writ of coram nobis. The Court is also in receipt of defendant's "Legal Motion for In Forma Pauperis Filing Status," filed November 18, 2009. Having read and considered the above-described filings, the Court rules as follows:

1. Because the Court, by order filed July 9, 2001, denied defendant's petition for a writ of coram nobis, the Court construes the instant petition as a motion for reconsideration of the July 9, 2001 order. So construed, the petition is hereby DENIED, for the reason that defendant fails to identify any intervening Supreme Court case, or other case, that has changed the law applicable to petitions for writs of coram nobis.

//

2. Defendant's motion for in forma pauperis filing status is hereby DENIED, for the reason that defendant is not required to pay a fee to file the instant petition.

**IT IS SO ORDERED.**

Dated:  December 7, 2009

MAXINE M. CHESNEY
United States District Judge