IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JON ZAVALIDROGA,<br><br>    Defendant                       / | No. CR-96-0146 MMC<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION** |

      The Court is in receipt of defendant Jon Zavalidroga's "Federal Rules Of Civil Procedure, Rule 59(e) Motion For Reconsideration Of The District Court Order Which Was Filed December 8, 2009," filed by defendant on December 16, 2009.  In the Court's December 8, 2009 order, the Court denied defendant's petition for a writ of coram nobis.

      A motion for reconsideration brought pursuant to Rule 59(e) shall only be granted in four circumstances: "1) the motion is necessary to correct manifest errors of law or fact upon which the judgment is based; 2) the moving party presents newly discovered or previously unavailable evidence; 3) the motion is necessary to prevent manifest injustice; or 4) there is an intervening change in controlling law."  See Turner v. Burlington Northern Santa Fe Railroad Co., 338 F.3d 1058, 1063 (9th Cir. 2003)  (internal citations, quotations, and emphasis omitted).

      Here, defendant has failed to show that any of the above circumstances are

present, and, accordingly, the motion is hereby DENIED.

To the extent defendant alternatively argues the Court should find it lacks jurisdiction over his petition for a writ of coram nobis and, instead, transfer it to the Court of Appeals for the Ninth Circuit, the request is DENIED. See United States v. Morgan, 346 U.S. 502, 505 (1954) (holding district court may "properly exercise its jurisdiction" over petition for writ of error coram nobis").

**IT IS SO ORDERED.**

Dated:  December 18, 2009

MAXINE M. CHESNEY
United States District Judge