IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JON ZAVALIDROGA,<br><br>    Defendant                           / | No. CR 96-0146 MMC<br><br>**ORDER DENYING DEFENDANT'S DECEMBER 28, 2009 MOTION FOR RECONSIDERATION; DIRECTIONS TO CLERK** |

Before the Court is defendant Jon Zavalidroga's motion, filed December 28, 2009 and titled "Federal Rules of Civil Procedure, Rule 59(e) Motion for Reconsideration of the Previous Rule 59(e) Motion Which the District Court Denied on December 18, 2009."

Whether construed as a motion pursuant to Rule 59(e), or, as defendant alternatively requests, a motion pursuant to Rule 60(b), the motion is hereby DENIED, for the reason that defendant has failed to set forth any cognizable basis for reconsideration of any prior order issued by this Court.

The Clerk of the Court is directed to file defendant's Notice of Appeal, which notice was received by the Court on December 28, 2009[1]

**IT IS SO ORDERED.**

Dated: December 30, 2009

                                            MAXINE M. CHESNEY
                                            United States District Judge

---

[1] Defendant requested that the Clerk not file his notice of appeal unless his motion for reconsideration was denied.