IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　v.<br>JON ZAVALIDROGA,<br>　　　　Defendant<br>　　　　　　　　　　　　　　　　　／ | No. CR 96-0146 MMC<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR WRIT OF AUDITA QUERELA** |

Before the Court is defendant Jon Zavalidroga's "Motion for A Writ of Audita Querela," filed April 27, 2010. Having read and considered the motion, the Court rules as follows.

By the instant motion, defendant seeks to "supplement" his previously-filed petition for an "out-of-custody" writ of habeas corpus. As defendant acknowledges, the Court, by order filed December 7, 2009, denied defendant's petition, and defendant subsequently filed a notice of appeal from said denial. Further, as defendant acknowledges, his appeal remains pending before the Court of Appeals for the Ninth Circuit.

"The filing of a notice of appeal is an event of jurisdictional significance – it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." Griggs v. Provident Consumer Discount Co., 459 U.S. 56, 58 (1982).

Consequently, this Court lacks jurisdiction over defendant's April 27, 2010 motion, and, accordingly, the motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: May 3, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge