IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　v.<br><br>JON ZAVALIDROGA,<br><br>　　　　　Defendant.　　　　　　　　　／ | No. CR 96-0146 MMC<br><br>**ORDER DENYING DEFENDANT'S PETITION FOR PERMISSION TO APPEAL** |

　　　Before the Court is defendant Jon Zavalidroga's "Petition for Permission to Appeal," filed May 12, 2010.  Having read and considered the petition, the Court rules as follows.

　　　By order filed May 3, 2010, the Court denied defendant's Motion for a Writ of Audita Querela, by which motion defendant sought leave to supplemental a previously-denied petition for a writ of habeas corpus, for the reason that the Court lacked jurisdiction over the matter in light of the pendency before the Ninth Circuit of defendant's notice of appeal from the denial of his petition for a writ of habeas corpus.  By the instant petition, defendant requests that the Court amend its order of May 3, 2010 to include a finding that defendant is entitled to file an appeal from the order of May 3, 2010.

　　　To the extent the order of May 3, 2010 may be appealable were the Court to grant defendant permission to appeal therefrom, the Court declines to grant defendant such permission.  Defendant fails to identify any issue he seeks to raise on appeal.[1]  Further, the

---

[1] Defendant's conclusory references to 28 U.S.C. § 1367(a), which pertains to the exercise of supplemental jurisdiction in civil cases, and to Rules 18(a) and 18(b) of the Federal Rules of Civil Procedure, which rules address the types of claims that are properly joined in a civil action, are wholly inapplicable to the instant criminal action.

Court does not find that "reasonable jurists" could conclude the order of May 3, 2010 is "debatable or wrong." Cf. Miller-El v. Cockrell, 537 U.S. 322, 338 (2003) (setting forth showing required for appeal from order denying petition for writ of habeas corpus).

Accordingly, the above-referenced petition for permission to appeal is hereby DENIED.

**IT IS SO ORDERED.**

Dated: May 13, 2010

MAXINE M. CHESNEY
United States District Judge