IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JON ZAVALIDROGA,<br><br>　　　　Defendant　　　　　　　　　／ | No. CR 96-0146 MMC<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR RELIEF** |

　　　　The Court is in receipt of defendant Jon Zavalidroga's "Legal Motion for Judicial Relief Under Either the Federal Rules of Civil Procedure 59(e) or Rule 60(b)(1)," filed August 17, 2010. In said motion, defendant seeks reconsideration of the Court's August 5, 2010 order, in which the Court denied defendant's petition for a writ of audita querela.

　　　　Having read and considered the instant motion, the Court finds defendant has failed to show that a cognizable basis for reconsideration exists under either Rule 59(e) or Rule 60(b)(1).

　　　　Accordingly, the motion is hereby DENIED.

　　　　**IT IS SO ORDERED.**

Dated: August 26, 2010

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　United States District Judge