IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 96-0146 MMC |
| Plaintiff, | **ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION** |
| v. | |
| JON ZAVALIDROGA, | |
| Defendant / | |

The Court is in receipt of defendant Jon Zavalidroga's "Legal Motion for Reconsideration of the District Court's August 26, 2010 Order," filed September 8, 2010. In said motion, defendant seeks reconsideration of an order that denied reconsideration of an order denying defendant's petition for a writ of audita querela.

Having read and considered the instant motion, the Court finds defendant has failed to show a cognizable basis for reconsideration.

Accordingly, the motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: September 30, 2010

MAXINE M. CHESNEY
United States District Judge