IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Appeal No. 10-17359 |
| Plaintiff, | No. CR 96-0146 MMC |
| v. | **ORDER DENYING CERTIFICATE OF APPEALABILITY** |
| JON ZAVALIDROGA, | |
| Defendant / | |

Pursuant to the Order of the Court of Appeals for the Ninth Circuit, issued today's date, the Court finds defendant Jon Zavalidroga is not entitled to issuance of a certificate of appealability, for the reason such defendant has not made any showing as to "the denial of a constitutional right," let alone a "substantial showing," see 28 U.S.C. § 2253(c)(2), and, consequently, his claim is not "debatable among reasonable jurists," see Hayward v. Marshall, 603 F.3d 546, 555 (9th Cir. 2010).

**IT IS SO ORDERED.**

Dated: December 17, 2010

MAXINE M. CHESNEY
United States District Judge