**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

JON ZAVALIDROGA,

      Defendant

                             /

No. CR 96-0146 MMC

**ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION FILED JULY 26, 2013; DENYING CERTIFICATE OF APPEALABILITY**

The Court is in receipt of defendant Jon Zavalidroga's "Legal Motion for Reconsideration of the District Court's Order Which Was Filed on July 18, 2013." Having read and considered the instant filing, the Court hereby DENIES the motion, for the reason defendant fails to identify any cognizable basis for reconsideration.

Further, to the extent defendant may wish to file a notice of appeal, the Court hereby DENIES a certificate of appealability, as defendant has not made a "substantial showing of the denial of a constitutional right." See 28 U.S.C. § 2253(c)(2).

**IT IS SO ORDERED.**

Dated: August 1, 2013

MAXINE M. CHESNEY
United States District Judge