IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JON ZAVALIDROGA,<br><br>　　　　Defendant / | No. CR 96-0146 MMC<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR CLARIFICATION FILED AUGUST 9, 2013; DENYING DEFENDANT'S PETITION FILED AUGUST 29, 2013; DENYING CERTIFICATE OF APPEALABILITY** |

　　　　The Court is in receipt of defendant Jon Zavalidroga's "Legal Motion," filed August 9, 2013, "for Clarification of the District Court's Orders Which Were Filed on July 18, 2013 and August 1, 2013," and defendant's "Petition," filed August 29, 2013, "for the Courts to Concede as to the Applicability of an Intervening United States Supreme Court's New Law to Petitioner Jon Zavalidroga's Own Judicial Proceedings."

　　　　In each of the above-referenced documents, defendant argues he is entitled to reconsideration of the Court's June 1, 2000 order denying his petition for a writ of mandamus. Defendant has failed, however, to identify any cognizable basis for reconsideration of the June 1, 2000 order, or any other order.

　　　　Accordingly, defendant's motion for clarification is hereby DENIED, and defendant's petition is hereby DENIED.

　　　　Further, to the extent defendant may wish to file a notice of appeal, the Court

hereby DENIES a certificate of appealability, as defendant has not made a "substantial showing of the denial of a constitutional right." See 28 U.S.C. § 2253(c)(2).

**IT IS SO ORDERED.**

Dated: September 18, 2013

_____
MAXINE M. CHESNEY
United States District Judge