IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 96-0146 MMC |
| Plaintiff, | **DIRECTIONS TO CLERK** |
| v. | |
| JON ZAVALIDROGA, | |
| Defendant / | |

    The Court is in receipt of defendant Jon Zavalidroga's "Legal Motion for the District Court to Perform Its Ministerial Duty as Was Mandated by the Federal Rules of Appellate Procedure, Rule 22(b)(1)," filed December 10, 2013. Having read and considered the instant filing, the Court rules as follows.

    The Clerk of Court is hereby DIRECTED to forward to the Court of Appeals for the Ninth Circuit a copy of defendant's filing of August 9, 2013, titled "Legal Motion for Clarification of the District Court's Orders Which Were Filed on July 18, 2013 and August 1, 2013," for its consideration of whether the seventh page of said filing constitutes a notice of appeal.

    **IT IS SO ORDERED.**

Dated: December 11, 2013

                                            MAXINE M. CHESNEY
                                            United States District Judge