IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>   v.<br>JON ZAVALIDROGA,<br>  Defendant<br>_____/ | No. CR 96-0146 MMC<br>**DIRECTIONS TO CLERK** |

The Clerk of the Court of Appeals for the Ninth Circuit has forwarded to this Court for filing a document titled "Legal Motion for the Ninth Circuit to Expand the Scope of Petitioner Zavalidroga's Application for an Appellate Certificate of Appealability," dated December 17, 2013. Having read and considered said document, the Court rules as follows.

By orders filed July 18, 2013, August 1, 2013, and September 18, 2013, the Court denied motions filed by defendant, each of which sought reconsideration of orders that declined to reconsider an order or orders finding defendant was not entitled to relief from the judgment entered against him in 1997. In the instant filing, defendant (1) notes said denials by this Court (2) asserts that on September 27, 2013, he submitted to the Ninth Circuit two motions for a certificate of appealability, and (3) states that he seeks to "expand his previous applications for a Ninth Circuit COA."

1       Where a district court has denied a certificate of appealability, the defendant may
2 "request a circuit judge issue it." <u>See</u> Fed. R. App. P. 22(b)(1). Accordingly, the Clerk of
3 Court is hereby DIRECTED to forward to the Court of Appeals for the Ninth Circuit a copy
4 of defendant's filing of December 17, 2013, for its consideration of whether the filing
5 constitutes a request under Rule 22(b)(1).
6       **IT IS SO ORDERED.**

8 Dated: January 23, 2014                  _____
9                                               MAXINE M. CHESNEY
                                              United States District Judge