IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>JON ZAVALIDROGA,<br>　　　　Defendant. | Case No. 96-cr-00146-MMC-1<br><br>**ORDER DENYING DEFENDANT'S RULE 59 MOTION; DENYING ISSUANCE OF CERTIFICATE OF APPEALABILITY**<br><br>Re: Dkt. No. 229 |

　　　　The Court is in receipt of defendant Jon Zavalidroga's ("Zavalidroga") "Federal Rules of Civil Procedure, Rule 59 Motion," filed October 16, 2017, by which Zavalidroga seeks reconsideration of the Court's order of September 22, 2017. In said order, the Court denied Zavalidroga's petition for a writ of coram nobis for the reason that Zavalidroga failed to show his petition, filed more than nineteen years after the entry of judgment in the above-titled action, was timely.

　　　　Having read and considered the instant motion, the Court finds defendant has failed to show a cognizable basis for reconsideration.

　　　　Accordingly, the motion is hereby DENIED.

　　　　Lastly, if Zavalidroga elects to appeal the instant order, to the extent the requirement that a defendant obtain a certificate of appealability may be applicable to any such appeal, the Court hereby DENIES such certificate, as Zavalidroga has not made any showing, let alone a "substantial showing," that he has been denied a "constitutional

right."  See 28 U.S.C. § 2253(c)(2).

**IT IS SO ORDERED.**

Dated: October 23, 2017

MAXINE M. CHESNEY
United States District Judge