IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JON ZAVALIDROGA,<br>Defendant. | Case No. 96-cr-00146-MMC-1<br><br>**ORDER DENYING DEFENDANT'S FOURTH MOTION FOR RECONSIDERATION OF DENIAL OF PETITION FOR WRIT OF CORAM NOBIS**<br><br>Re: Dkt. No. 248 |

By order filed September 22, 2017, the Court denied defendant Jon Zavalidroga's petition for a writ of coram nobis. Thereafter, defendant, on three occasions, moved for reconsideration of the denial of said petition.[1] The Court denied each of the three motions for reconsideration, defendant having failed to set forth any cognizable basis for reconsideration, and, additionally, denied the second and third of the motions for reconsideration, defendant having done no more than repeat arguments he previously made.

The Court is now in receipt of defendant's fourth motion for reconsideration, filed November 8, 2018, which motion, although purporting to seek reconsideration solely of the denial of his third motion for reconsideration (see Mot. at 1), in substance seeks reconsideration of the denial of his petition for a writ of coram nobis (see, e.g., Mot. at 16 - 25). The instant motion for reconsideration, again, fails to identify any cognizable basis for reconsideration and, again, does no more than repeat arguments defendant has

---

[1] The motions for reconsideration were filed, respectively, on October 16, 2017, June 15, 2018, and October 9, 2018.

previously made in his petition and in his prior motions for reconsideration.

Accordingly, defendant's fourth motion for reconsideration is hereby DENIED.

Lastly, if defendant elects to appeal the instant order, the Court, to the extent a certificate of appealability may be required, hereby DENIES such certificate, as defendant has not made any showing, let alone a "substantial showing," that he has been denied a "constitutional right." See 28 U.S.C. § 2253(c)(2).

**IT IS SO ORDERED.**

Dated: November 13, 2018

MAXINE M. CHESNEY
United States District Judge