IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>  v.<br>JON ZAVALIDROGA,<br>  Defendant. | Case No. 96-cr-00146-MMC-1<br><br>**ORDER DENYING DEFENDANT'S FIFTH MOTION FOR RECONSIDERATON OF DENIAL OF PETITION FOR WRIT OF CORAM NOBIS; DENYING ISSUANCE OF CERTIFICATE OF APPEALABILITY** |

By order filed September 22, 2017, the Court denied defendant Jon Zavalidroga's petition for a writ of coram nobis. Thereafter, defendant, on four occasions, moved for reconsideration of the denial of said petition.[1] The Court denied each of the four motions for reconsideration, defendant having failed to set forth any cognizable basis for reconsideration, and, additionally, denied the second, third and fourth, defendant having done no more than repeat arguments he had previously made.

Defendant appealed the order denying his petition for a writ of coram nobis, as well as the orders denying his first, second, and fourth motions for reconsideration of said denial. In each instance, the Ninth Circuit Court of Appeals denied issuance of a certificate of appealability, dismissed the appeal, and subsequently denied a motion for reconsideration of the dismissal.

The Court is now in receipt of defendant's fifth motion for reconsideration of the order denying his petition for a writ of coram nobis. The instant motion, filed February 22,

---

[1] The motions for reconsideration were filed, respectively, on October 16, 2017, June 15, 2018, October 9, 2018, and November 8, 2018.

2019, once again fails to identify any cognizable basis for reconsideration and, again, does no more than repeat arguments defendant has previously made in his petition and/or in his prior motions for reconsideration.

Accordingly, defendant's fifth motion for reconsideration is hereby DENIED.

Lastly, if defendant elects to appeal the instant order, the Court, to the extent a certificate of appealability may be required, hereby DENIES such certificate, as defendant has not made any showing, let alone a "substantial showing," that he has been denied a "constitutional right."  See 28 U.S.C. § 2253(c)(2).

**IT IS SO ORDERED.**

Dated:  March 1, 2019

MAXINE M. CHESNEY
United States District Judge