IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JON ZAVALIDROGA,<br>Defendant. | Case No. 96-cr-00146-MMC-1<br>**ORDER DENYING DEFENDANT'S SEVENTH MOTION FOR RECONSIDERATION OF ORDER DENYING PETITION FOR WRIT OF CORAM NOBIS** |

By order filed September 22, 2017, the Court denied defendant Jon Zavalidroga's petition for a writ of coram nobis. Thereafter, defendant, on six occasions, filed a motion seeking reconsideration of the denial of said petition.[1] The Court denied each of the motions for reconsideration, defendant having failed to set forth any cognizable basis for reconsideration.

The Court is now in receipt of defendant's Motion, filed June 24, 2019, "for Relief Under Federal Rules of Civil Procedure, Rule 60(b)(1) or 60(b)(6)," by which filing defendant, for the seventh time, seeks reconsideration of the Court's order of September 22, 2017. The instant motion, like its predecessors, once again fails to identify any cognizable basis for reconsideration and does no more than repeat arguments defendant has previously made in his petition and/or in his prior motions seeking reconsideration.

Accordingly, defendant's seventh motion for reconsideration is hereby DENIED.

//

---

[1] The motions were filed, respectively, on October 16, 2017, June 15, 2018, October 9, 2018, November 8, 2018, February 22, 2019, and May 3, 2019.

Lastly, if defendant elects to appeal the instant order, the Court, to the extent a certificate of appealability may be required, hereby DENIES such certificate, as defendant has not made any showing, let alone a "substantial showing," that he has been denied a "constitutional right." <u>See</u> 28 U.S.C. § 2253(c)(2).

**IT IS SO ORDERED.**

Dated: July 3, 2019

MAXINE M. CHESNEY
United States District Judge