IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JON ZAVALIDROGA,<br>Defendant. | Case No. 96-cr-00146-MMC-1<br>**ORDER DENYING DEFENDANT'S MOTION FOR CLARIFICATION AND FOR CERTIFICATION**<br>Re: Dkt. No. 267 |

By order filed September 22, 2017, the Court denied defendant Jon Zavalidroga's petition for a writ of coram nobis. Thereafter, defendant, on seven occasions, filed a motion seeking reconsideration of the denial of said petition.[1] The Court denied each of the motions for reconsideration, the seventh such motion having been denied on July 3, 2019.

The Court is now in receipt of defendant's Motion, filed July 15, 2019, "for the District Court to Clarify its July 3, 2019 Order." The Court finds no clarification is necessary. Moreover, the instant motion, despite its title, is in actuality an eighth motion for reconsideration of the order denying defendant's petition for a writ of coram nobis, and, as such, is DENIED for the reason defendant has not identified any cognizable basis for reconsideration.

Lastly, to the extent the motion includes a request that the Court certify

---

[1] The motions were filed, respectively, on October 16, 2017, June 15, 2018, October 9, 2018, November 8, 2018, February 22, 2019, May 3, 2019, and June 24, 2019.

defendant's notice of appeal from the July 3, 2019 order as taken in good faith,[2] the motion is DENIED, there being no showing the appeal has any "arguable merit." See Franklin v. Murphy, 745 F.2d 1221, 1227 (9th Cir. 1984) (explaining "appeal is frivolous where it lacks arguable merit") (internal quotation and citation omitted).

**IT IS SO ORDERED.**

Dated: July 26, 2019

MAXINE M. CHESNEY
United States District Judge

---

[2]Defendant's notice of appeal was filed July 15, 2019.

2