IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 96-cr-00146-MMC-1 |
|---|---|
| Plaintiff, | **ORDER DENYING DEFENDANT'S NINTH MOTION FOR RECONSIDERATION OF ORDER DENYING PETITION FOR WRIT OF CORAM NOBIS** |
| v. | |
| JON ZAVALIDROGA, | |
| Defendant. | Re: Dkt. No. 269 |

By order filed September 22, 2017, the Court denied defendant Jon Zavalidroga's petition for a writ of coram nobis. Thereafter, defendant, on eight occasions, filed a motion seeking reconsideration of the denial of said petition.[1] The Court denied each of the motions for reconsideration, defendant having failed to set forth any cognizable basis for reconsideration.

The Court is now in receipt of defendant's "Federal Rules of Civil Procedure, Rule 60(b) Motion," filed August 23, 2019, whereby defendant, for the ninth time, seeks reconsideration of the Court's order of September 22, 2017. The instant motion, like its predecessors, once again fails to identify any cognizable basis for reconsideration.

Accordingly, defendant's ninth motion for reconsideration is hereby DENIED.

Lastly, if defendant elects to appeal the instant order, the Court, to the extent a certificate of appealability may be required, hereby DENIES such certificate, as

---

[1]The motions were filed, respectively, on October 16, 2017, June 15, 2018, October 9, 2018, November 8, 2018, February 22, 2019, May 3, 2019, June 24, 2019, and July 15, 2019.

defendant has not made any showing, let alone a "substantial showing," that he has been denied a "constitutional right." See 28 U.S.C. § 2253(c)(2).

**IT IS SO ORDERED.**

Dated: August 30, 2019

MAXINE M. CHESNEY
United States District Judge