IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JON ZAVALIDROGA, <br> Defendant. | Case No. 96-cr-00146-MMC-1 <br><br> **ORDER DENYING DEFENDANT'S MOTION FILED SEPTEMBER 4, 2019** |

By order filed September 22, 2017, the Court denied defendant Jon Zavalidroga's petition for a writ of coram nobis. Thereafter, defendant, on nine separate occasions, filed a motion seeking reconsideration of the denial of said petition.[1] The Court denied each of the motions for reconsideration, defendant having failed to set forth any cognizable basis for reconsideration.

The Court is now in receipt of defendant's "Federal Rules of Civil Procedure, Rule 15 Pleading," filed September 4, 2019, whereby defendant, for the tenth time, seeks reconsideration of the Court's order of September 22, 2017. The instant motion, like its predecessors, once again fails to identify any cognizable basis for reconsideration.

Accordingly, defendant's tenth motion for reconsideration is hereby DENIED.

Defendant is hereby advised that any further motions seeking reconsideration of the order of September 22, 2017, that fail to identify a cognizable basis for reconsideration will be summarily denied.

---

[1] The motions were filed, respectively, on October 16, 2017, June 15, 2018, October 9, 2018, November 8, 2018, February 22, 2019, May 3, 2019, June 24, 2019, July 15, 2019, and August 23, 2019.

Lastly, if defendant elects to appeal the instant order, the Court, to the extent a certificate of appealability may be required, hereby DENIES such certificate, as defendant has not made any showing, let alone a "substantial showing," that he has been denied a "constitutional right." See 28 U.S.C. § 2253(c)(2).

**IT IS SO ORDERED.**

Dated: October 11, 2019

MAXINE M. CHESNEY
United States District Judge