IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JON ZAVALIDROGA,<br>Defendant. | Case No. 96-cr-00146-MMC-1<br><br>**ORDER DENYING DEFENDANT'S MOTION FILED MARCH 2, 2020** |

The Court is in receipt of defendant's "Federal Rules of Civil Procedure, Rule 60(b) Motion," filed March 2, 2020, whereby defendant seeks, for the twelfth time, reconsideration of the denial of his petition for a writ of coram nobis.

The motion is hereby DENIED for the reasons stated in the Court's order of October 11, 2019. (See Doc. No. 272; see, e.g., Doc. No. 274.)

If defendant elects to appeal the instant order, the Court, to the extent a certificate of appealability may be required, hereby DENIES such certificate, as defendant has not made any showing, let alone a "substantial showing," that he has been denied a "constitutional right." See 28 U.S.C. § 2253(c)(2).

**IT IS SO ORDERED.**

Dated: March 9, 2020

MAXINE M. CHESNEY
United States District Judge