United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JON ZAVALIDROGA,

Defendant.

Case No.  96-cr-00146-MMC-1

**ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION**

The Court is receipt of defendant Jon Zavalidroga's "Federal Rules of Civil Procedure, Rule 60(b)(6) Motion," filed April 16, 2021, whereby defendant seeks, for the sixteenth time, reconsideration of the denial of his petition for a writ of coram nobis.

The motion is hereby DENIED for the reasons stated in the Court's order of October 11, 2019.  (See Doc. No. 272.)

If defendant elects to appeal the instant order, the Court, to the extent a certificate of appealability may be required, hereby DENIES such certificate, as defendant has not made any showing, let alone a "substantial showing," that he has been denied a "constitutional right."  See 28 U.S.C. § 2253(c)(2).

**IT IS SO ORDERED.**

Dated: August 4, 2021

MAXINE M. CHESNEY
United States District Judge