IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>JON ZAVALIDROGA,<br>　　　　Defendant. | Case No. 96-cr-00146-MMC-1<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION** |

Before the Court is defendant's "Request to Submit a Second or Successive Federal Rules of Civil Procedure Rule 60(b) Motion," filed July 24, 2023, which the Court construes as a motion for reconsideration of the denial of his petition for a writ of coram nobis.

The motion, which constitutes defendant's eighteenth motion for reconsideration of the denial of his petition for a writ of coram nobis, is hereby DENIED for the reasons stated in the Court's order of October 11, 2019.  (See Doc. No. 272.)

If defendant elects to appeal the instant order, the Court, to the extent a certificate of appealability may be required, hereby DENIES such certificate, as defendant has not made any showing, let alone a "substantial showing," that he has been denied a "constitutional right."  See 28 U.S.C. § 2253(c)(2).

**IT IS SO ORDERED.**

Dated: October 2, 2023

MAXINE M. CHESNEY
United States District Judge